**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00450-CR

**ANTONIO PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-59304-K**

## ORDER

On April 4, 2014, this Court ordered Janice Garrett to file the complete reporter's record, including exhibits, by May 2, 2014. On April 30, 2014, Ms. Garrett filed the reporter's record and on May 2, 2014, she filed some of the exhibits. Although Ms. Garrett was notified that she has not filed all of the exhibits, to date, Ms. Garrett has not filed State's Exhibits nos. 2 and 145, DVDs. The appeal cannot proceed until the complete record is filed.

Accordingly, we **ORDER** Janice Garrett to file, by **JUNE 6, 2014**, a supplemental record containing State's Exhibits nos. 2 and 145, DVDs.

Janice Garrett remains under this Court's order that she not sit as a court reporter until she has filed the exhibits in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, court reporter; counsel for all parties; and to the Dallas County Auditor's Office.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE